UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIAMABRUSH, LLC, | ) | Case No. 1:21-CV-2018 |
|     Plaintiff, | ) ) | JUDGE BRIDGET M. BRENNAN |
| v. | ) ) | OPINION AND ORDER |
| MALISH CORP., | ) ) | |
|     Defendant. | ) | |

In this case involving allegations of patent infringement related to products that polish, maintain, and otherwise improve the appearance of concrete floors (ECF No. 1, Compl. ¶¶ 19, 21 and 28), Plaintiff filed an unopposed motion for leave to file under seal an unredacted version of the arbitration ruling issued on April 6, 2022. (ECF No. 31). This arbitration matter was discussed during the Status Conference held on March 28, 2022 (ECF No. 29).

There is a "'strong presumption in favor of openness' as to court records." *Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305 (6th Cir. 2016) (quoting *Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1179 (6th Cir. 1983)). In order to seal a document, a party must identify a "compelling reason" to justify non-disclosure of judicial records and "the seal itself must be narrowly tailored to serve that reason." *Id.* Additionally, "the greater the public interest in the litigation's subject matter, the greater the showing necessary to overcome the presumption of access." *Id.*

Here, the Court finds that the arbitration ruling includes potentially sensitive business information and that the subject matter of the dispute is of relatively limited public interest.

    Accordingly, the Court **GRANTS** Plaintiff's unopposed motion for leave to file under seal the unredacted April 6, 2022 arbitration ruling.

Date: April 15, 2022

                                                    BRIDGET M. BRENNAN
                                                   U.S. DISTRICT JUDGE